# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Brian John Staudinger | § | Case No. 16-37874 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 291,195.00 *(Without deducting any secured claims)* | Assets Exempt: 15,600.00 |
| Total Distributions to Claimants: 2,967.19 | Claims Discharged Without Payment: 43,214.32 |
| Total Expenses of Administration: 1,032.81 | |

3) Total gross receipts of $ 4,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 4,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 42,440.30 | $ 42,440.30 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,032.81 | 1,032.81 | 1,032.81 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 57,307.00 | 46,181.51 | 46,181.51 | 2,967.19 |
| **TOTAL DISBURSEMENTS** | $ 57,307.00 | $ 89,654.62 | $ 89,654.62 | $ 4,000.00 |

4) This case was originally filed under chapter 7 on 11/30/2016 . The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/03/2018            By:/s/Zane L. Zielinski, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 7663 E. Millerton Road, Branch, MI | 1110-000 | 4,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Old Plank Trail Community Bank, N.A. | 4110-000 | NA | 42,440.30 | 42,440.30 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 42,440.30** | **$ 42,440.30** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 12.81 | 12.81 | 12.81 |
| Associated Bank | 2600-000 | NA | 20.00 | 20.00 | 20.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,032.81 | $ 1,032.81 | $ 1,032.81 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Dyck-O"neal, Inc. | 7100-000 | 53,366.00 | 42,318.86 | 42,318.86 | 2,719.01 |
| 3 | Portfolio Recovery Associates, Llc | 7100-000 | 3,941.00 | 3,862.65 | 3,862.65 | 248.18 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 57,307.00 | $ 46,181.51 | $ 46,181.51 | $ 2,967.19 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-37874 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Brian John Staudinger | | | | Date Filed (f) or Converted (c): | 11/30/2016 (f) |
| | | | | | 341(a) Meeting Date: | 12/29/2016 |
| For Period Ending: | 01/03/2018 | | | | Claims Bar Date: | 09/25/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Setion 29 Lot 230 | 4,000.00 | 0.00 | | 0.00 | FA |
| 2. 7663 E. Millerton Road, Branch, MI | 30,000.00 | 4,000.00 | | 4,000.00 | FA |
| 3. 195 N Entrance, Kankakee, IL | 25,000.00 | 0.00 | | 0.00 | FA |
| 4. 30419 S Egyptian Trail, Peotone, IL | 246,300.00 | 0.00 | | 0.00 | FA |
| 5. 1972 Volkswagen Beetle | 500.00 | 0.00 | | 0.00 | FA |
| 6. 1978 Harley Sportster | 500.00 | 0.00 | | 0.00 | FA |
| 7. 2003 BMW 540 | 500.00 | 0.00 | | 0.00 | FA |
| 8. 2003 Kawasaki Ninja | 500.00 | 0.00 | | 0.00 | FA |
| 9. 1999 Dodge Ram | 2,900.00 | 0.00 | | 0.00 | FA |
| 10. 2016 Dodge Challenger | 18,395.00 | 0.00 | | 0.00 | FA |
| 11. 1995 Monterey Cobra | 5,000.00 | 0.00 | | 0.00 | FA |
| 12. Household goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 13. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 14. Costume Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 15. Checking - First Midwest Bank | 500.00 | 0.00 | | 0.00 | FA |
| 16. Checking - First Midwest Bank | 500.00 | 0.00 | | 0.00 | FA |
| 17. Staudinger Appraisal Services, Inc | 0.00 | 0.00 | | 0.00 | FA |
| 18. Unknown amount owed to Debtor for completed appraisals | 0.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $336,795.00 | $4,000.00 | | $4,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Order entered approving settlement on 10/13/17; The Trustee is preparing the Trustee's final report.

Initial Projected Date of Final Report (TFR): 12/31/2017      Current Projected Date of Final Report (TFR): 12/31/2017

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-37874 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Brian John Staudinger | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1783 |
| | Checking |
| Taxpayer ID No: XX-XXX3841 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/03/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/17/17 | 2 | Brian Staudinger<br>First Midwest Bank Official Check | Settlement of Real Estate | 1110-000 | $2,000.00 | | $2,000.00 |
| 08/15/17 | 2 | Brian Staudinger<br>First Midwest Bank Money Order | Settlement Payment | 1110-000 | $1,000.00 | | $3,000.00 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,990.00 |
| 09/22/17 | 2 | Brain Staudinger<br>First Midwest Bank<br>Personal Money Order | Settlement Funds | 1110-000 | $1,000.00 | | $3,990.00 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,980.00 |
| 12/01/17 | 5001 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $1,012.81 | $2,967.19 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($1,000.00) | 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($12.81) | 2200-000 | | | |
| 12/01/17 | 5002 | Dyck-O"neal, Inc.<br>P.O. Box 601549<br>Dallas, Tx 75360 | Final distribution to claim 2 representing a payment of 6.43 % per court order. | 7100-000 | | $2,719.01 | $248.18 |
| 12/01/17 | 5003 | Portfolio Recovery Associates, Llc Successor To Comenity Bank (Gander Mountain)<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution to claim 3 representing a payment of 6.43 % per court order. | 7100-000 | | $248.18 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $4,000.00 | $4,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $4,000.00 | $4,000.00 |
| Page Subtotals: | $4,000.00 | $4,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Exhibit 9

| | | |
|---|---|---|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,000.00 | $4,000.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1783 - Checking | $4,000.00 | $4,000.00 | $0.00 |
|  | $4,000.00 | $4,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,000.00 |
| Total Gross Receipts: | $4,000.00 |